**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LYNWOOD MOREAU,** *et al.* | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-00646 |
| **HARRIS COUNTY, TEXAS,** | § § § | |
| *Defendant.* | § | |

## NOTICE OF JOINT STIPULATION

Defendant Harris County, Texas files this Notice of filing the Joint Stipulation attached as Exhibit A.

                                                  Respectfully submitted,

                                                   */s/ Carolyn Russell*
                                                  Carolyn Russell
                                                  Attorney-in-Charge
                                                  Texas Bar No. 24003913
                                                  SD TX Bar No. 25141
                                                  carolyn.russell@ogletree.com
                                                  OGLETREE, DEAKINS,
                                                  NASH, SMOAK & STEWART, P.C.
                                                  One Allen Center
                                                  500 Dallas Street, Suite 2100
                                                  Houston, TX 77002
                                                  P: 713-655-0855
                                                  F: 713-655-0020

                                                  ATTORNEY-IN-CHARGE
                                                  FOR DEFENDANT
                                                  HARRIS COUNTY, TEXAS

OF COUNSEL:

Stephen J. Quezada
Of Counsel
Texas Bar. No. 24076195
SD TX Bar No. 1348753
stephen.quezada@ogletree.com
Amanda C. Croushore
Texas Bar. No. 24128163
SD TX Bar No. 3745266
amanda.croushore@ogletree.com
Ryan Swink
Texas Bar. No. 24107940
SD TX Bar No. 3631019
ryan.swink@ogletree.com
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 2100
Houston, TX 77002
P: 713-655-0855
F: 713-655-0020

Suzanne Lehman Johnson
Texas Bar. No. 00784460
SD TX Bar No. 15700
suzi@lehmanjohnson.com
Lehman Johnson Law, PLLC
325 Heights Blvd.
Houston, Texas 77007
P: 281-720-3722

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July 2024, the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Carolyn Russell*
                                                Carolyn Russell