# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Lynwood Moreau, et al.,<br>Plaintiffs, | § § § § § § § § | |
| v. | | Civil Action No. H-19-646 |
| Harris County, TX,<br>Defendant. | | |

### JURY NOTE 1

DOES CHANGE OF STATUS INCLUDE DISTRICT TRANSFERS?

7-26-24
Date                                                      Foreperson

*************************************************************************

This question is for the jury to answer based on the law as I have given it to you and the evidence presented in court.

7/26/2024                                           Peter Bray
Date                                                United States Magistrate Judge

---

**JURY NOTES SHOULD BE USED IN NUMERICAL ORDER.**
**JURY NOTES ARE A PERMANENT PART OF THE RECORD.**
**JURY NOTES SHOULD BE RETAINED AND GIVEN**
**TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS.**