# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Lynwood Moreau, et al., §
    Plaintiffs, §
§
v. § Civil Action No. H-19-646
§
Harris County, TX, §
    Defendant. §

JURY NOTE 2

We Have A Verdict

7-25-24
Date

Foreperson

*************************************************************************

Date

Peter Bray
United States Magistrate Judge

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER.*
*JURY NOTES ARE A PERMANENT PART OF THE RECORD.*
*JURY NOTES SHOULD BE RETAINED AND GIVEN*
*TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS.*