**Question No. 1—Administrative Exemption**

Defendant Harris County has the burden of proof on this question.

Has Defendant Harris County proved by a preponderance of the evidence that all Plaintiffs were exempt administrative employees?

Answer "Yes" or "No"   _____Yes_____

If your answer to Question No. 1 is "No," answer Question No. 2.

If your answer to Question No. 1 is "Yes" SKIP Question No. 2 and proceed to Question No. 3.

## Question No. 2—Administrative Exemption continued

***Answer this Question No. 2, ONLY if you answered "NO" to Question No. 1.

For each Plaintiff named below, has Harris County proved by a preponderance of the evidence that the Plaintiff was an exempt administrative employee?

Answer "Yes" or "No" next to each name

Plaintiff Christopher Adolph  _____

Plaintiff Eric Batton  _____

Plaintiff Paul Bruce  _____

Plaintiff Bryan Buccini  _____

Plaintiff Charles Bryan Jr.  _____

Plaintiff Simon Cheng  _____

Plaintiff Cedrick Collier  _____

Plaintiff Susan Cotter  _____

Plaintiff Earl Dean  _____

Plaintiff Nathan Douglas  _____

Plaintiff Jeffrey Easthagen  _____

Plaintiff Linda Easthagen  _____

Plaintiff Chris Ecke  _____

Plaintiff Larry Franks  _____

– 22 –

Plaintiff Dave Fusilier         _____

Plaintiff Jorge Gonzalez        _____

Plaintiff Toby Kroeger          _____

Plaintiff Wendell Wayne Kuhlman _____

Plaintiff John Lightfoot        _____

Plaintiff Edward Lopez          _____

Plaintiff James Lovett          _____

Plaintiff Anthony McConnell     _____

Plaintiff Lynwood Moreau        _____

Plaintiff Jeffrey Stauber       _____

Plaintiff Darlene Thomas        _____

Plaintiff Lonnie Tullos         _____

Plaintiff Jonathon Viningre     _____

Plaintiff James Wagner          _____

Plaintiff Lameka White          _____

## Question No. 3—Executive Exemption

Defendant Harris County has the burden of proof on this question.

Has Defendant Harris County proved by a preponderance of the evidence that all Plaintiffs were exempt executive employees?

Answer "Yes" or "No"  ___Yes___

If your answer to Question No. 3 is "No," answer Question No. 4.

If your answer to Question No. 3 is "Yes," this concludes your deliberations. Complete the verdict certificate on the last page.

## Question No. 4—Executive Exemption continued

***Answer this Question No. 4, ONLY if you answered "NO" to Question No. 3.

For each Plaintiff named below, has Harris County proved by a preponderance of the evidence that the Plaintiff was an exempt executive employee?

Answer "Yes" or "No" next to each name

Plaintiff Christopher Adolph _____

Plaintiff Eric Batton _____

Plaintiff Paul Bruce _____

Plaintiff Bryan Buccini _____

Plaintiff Charles Bryan Jr. _____

Plaintiff Simon Cheng _____

Plaintiff Cedrick Collier _____

Plaintiff Susan Cotter _____

Plaintiff Earl Dean _____

Plaintiff Nathan Douglas _____

Plaintiff Jeffrey Easthagen _____

Plaintiff Linda Easthagen _____

Plaintiff Chris Ecke _____

Plaintiff Larry Franks _____

Plaintiff Dave Fusilier          _____

Plaintiff Jorge Gonzalez         _____

Plaintiff Toby Kroeger           _____

Plaintiff Wendell Wayne Kuhlman  _____

Plaintiff John Lightfoot         _____

Plaintiff Edward Lopez           _____

Plaintiff James Lovett           _____

Plaintiff Anthony McConnell      _____

Plaintiff Lynwood Moreau         _____

Plaintiff Jeffrey Stauber        _____

Plaintiff Darlene Thomas         _____

Plaintiff Lonnie Tullos          _____

Plaintiff Jonathon Viningre      _____

Plaintiff James Wagner           _____

Plaintiff Lameka White           _____

This concludes your deliberations. Complete the verdict certificate on the last page. The presiding juror should sign the verdict certificate on the next page.

## VERDICT CERTIFICATE

We the jury have made the findings above and return them to the Court as our verdict.

Date: 7-26-24

Presiding Juror