# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Lynwood Moreau, et al., <br> *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action H-19-646 |
| Harris County, Texas, <br> *Defendant*. | § § § | |

## FINAL JUDGMENT

As the jury has returned a verdict in favor of the Defendant, Plaintiffs take nothing from Defendant. This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on July 29, 2024

_____
Peter Bray
United States Magistrate Judge